381 A.2d 898

Commonwealth v. Lomax, Appellant.

Argued September 16, 1977. Richard H. Knox, for appellant; Legrome Derek Davis, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

602

At No. 388, Oct. T., 1977, judgment of sentence affirmed.
At No. 407, Oct. T., 1977, order affirmed.